No. 181, Misc.   RIGGS *v.* EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 186, Misc.   HAMILTON *v.* DUFFY, WARDEN, ET AL. Supreme Court of California.   Certiorari denied.

No. 187, Misc.   SPARKS *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 148.   REMINGTON RAND, INC. *v.* SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., ET AL., *ante,* p. 832; and

No. 277.   IN RE CARTER, *ante,* p. 862.   The petitions for rehearing are denied.   MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 99.   HUNTER ET AL. *v.* SHEPHERD ET AL., *ante,* p. 819;

No. 137.   BAZZELL *v.* UNITED STATES, *ante,* p. 849;

No. 199.   KOEHLER ET AL. *v.* UNITED STATES, *ante,* p. 852;

No. 205.   WEINMANN *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL., *ante,* p. 804;

No. 237.   ROSE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 850;

No. 283.   FRANKLIN ET AL. *v.* BOARD OF COMMISSIONERS OF THE TENSAS BASIN LEVEE DISTRICT, *ante,* p. 844;

No. 50, Misc.   LAWSON *v.* SHUTTLEWORTH, WARDEN, *ante,* p. 806;

No. 115, Misc.   RILEY *v.* TITUS ET AL., *ante,* p. 855; and

No. 131, Misc.   PRIDGEN *v.* BUBELLA ET AL., *ante,* p. 846.   Petitions for rehearing in these cases denied.